IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO.: 5:12-cv-148

| | |
|---|---|
| HELEN A. GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the parties' Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) (Doc. 13), filed February 18, 2014.

**THEREFORE**, the parties' Motion for Reversal and Remand is **GRANTED.** The decision of the Commissioner of Social Security is **REVERSED** and the cause is **REMANDED** for further administrative proceedings as set forth in the instant motion.

Signed: February 18, 2014

Richard L. Voorhees
United States District Judge